DAYLE ELIESON
United States Attorney
District of Nevada

JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8945
Facsimile: (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES STEVEN RUIZ, | Case No. 2:17-cv-03036-JAD-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (***FIRST REQUEST***) |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Response to Plaintiff's Motion for Remand/Reversal, due on June 20, 2018, by 30 days, through and including July 20, 2018.

Defendant's counsel was recently reassigned to this case and needs the additional time requested to adequately research the issues Plaintiff has presented. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on June 18, 2018.

Respectfully submitted this 18th day of June 2018.

                                        DAYLE ELIESON
                                        United States Attorney

                                        */s/ Jennifer A. Kenney*
                                        JENNIFER A. KENNEY
                                        Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

                                        IT IS SO ORDERED:

                                        UNITED STATES MAGISTRATE JUDGE
                                        DATED: 6-28-2018

-3-

**CERTIFICATE OF SERVICE**

I, **JENNIFER A. KENNEY**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

Leonard Stone
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101

Dated this 21st day of December 2015.

*/s/ Jennifer A. Kenney*
**JENNIFER A. KENNEY**
Special Assistant United States Attorney