1 DAYLE ELIESON
United States Attorney
2 District of Nevada

3 JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
4 160 Spear Street, Suite 800
San Francisco, California 94105
5 Telephone: (415) 977-8945
6 Facsimile: (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov
7
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES STEVEN RUIZ, | Case No. 2:17-cv-03036-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | ECF Nos. 15, 19, 20 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to further evaluate the nature and severity of Plaintiff's ADHD and intellectual disorder. The Appeals Council will also instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The

Appeals Council will instruct the ALJ to further evaluate Plaintiff's residual functional capacity. The Appeals Council will instruct the ALJ to obtain supplemental vocational expert testimony, as needed, to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity and resolve any conflicts at step five of the sequential evaluation process.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 31th day of July 2018.

DAYLE ELIESON
United States Attorney

/s/ Jenna Barson
JENNA BARSON
Attorney for Plaintiff

/s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS SO ORDERED. All pending motions **[ECF Nos. 15, 19] are DENIED** as moot. The **Clerk of Court** is directed to **ENTER FINAL JUDGMENT** in favor of the plaintiff and against the defendant, reversing the final decision of the Commissioner and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 31, 2018