LEONARD H. STONE, ESQ. No. 5791
JENNA BARSON, ESQ. No. 12690
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: lstone@shookandstone.com;
jbarson@shookandstone.com
Attorneys for Plaintiff, JAMES STEVEN RUIZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES STEVEN RUIZ, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-3036<br>) |
| vs. | )<br>) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) **MOTION FOR LEAVE**<br>) **TO WITHDRAW**<br>) |
| Defendant. | )<br>) |

NOW COMES the Plaintiff's counsel, Jenna Barson of the Law Offices of Shook & Stone, Chtd. ("Movant"), and pursuant to Local Rule 11-6, hereby requests leave of the Court to withdraw her appearance for Plaintiff, James Steven Ruiz, from the entitled cause and in support thereof states as follows:

1. Movant filed her appearance as co-counsel on behalf of Plaintiff on or about December 11, 2017;
2. Movant is departing from the Law Offices of Shook & Stone, Chtd.;
3. Plaintiff has been informed of Movant's departure and requests that the Law Offices of Shook & Stone, Chtd. continue to represent him in the above titled cause;
4. Counsel for Defendant were all contacted via email on October 11, 2018 regarding Movant's impending withdrawal request;

-1-

5. Plaintiff will continue to be represented by co-counsel, and lead attorney, Leonard H. Stone of the Law Offices of Shook & Stone, Chtd.;

6. Movant makes this request for withdrawal in good faith and with the belief that this withdrawal will not cause delay in the entitled case.

Accordingly, Movant requests that this Court grant her leave to withdraw as counsel for Plaintiff, James Steven Ruiz.

DATED this 12th day of October, 2018.

BY: /s/ Jenna Barson
     Jenna Barson, Esq.
     Attorney for Plaintiff

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-12-2018

**CERTIFICATE OF SERVICE FOR CASE NUMBER 2:17-CV-03036**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 12, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            /s/ Jenna Barson
                                              Jenna Barson, Esq.
                                              Attorney for Plaintiff